IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HILL | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| versus | § | CIVIL ACTION NO.H-10-3835 |
| | § | |
| GATEWAY RECOVERY ASSOCIATES, INC. | § | |
| Defendant . | § | |

**NOTICE OF SETTING**

Parties are notified that a Damages Hearing is set for September 2, 2011, at 1:30 p.m., before United States District Judge Vanessa D. Gilmore in Courtroom 9A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston, Texas. Copies of Judge Vanessa D. Gilmore's procedures are available through the court's web site: www.txs.uscourts.gov.

Clerk of Court

Date: July 12, 2011

By B. Esthela Mares, Case Manager to
U. S. District Judge Vanessa D. Gilmore