# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Natalie Hill<br><br>　　　Plaintiff,<br><br>v.<br><br>Gateway Recovery Associates, Inc.<br><br>　　　Defendant. | Case No. 4:10-cv-03835<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed while Defendant is in default and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Macey & Aleman, P.C.

　　　　　　　　　　　　　　　　　　By: s/ Nicholas J. Prola
　　　　　　　　　　　　　　　　　　　　Nicholas J. Prola, Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　IL Bar # 6302785
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, Suite 5150
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: 866-339-1156
　　　　　　　　　　　　　　　　　　　　Email: npr@legalhelpers.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2011, I served Defendant with the foregoing Motion by depositing a copy of the same in the U.S. mail addressed as follows:

Gateway Recovery Associates, Inc.
3411 Delaware Avenue, Suite 206
Kenmore, NY 14217

                                                /s/ Nicholas J. Prola